IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | 8:25CR153 |
| vs. | ADOPTION OF REVISED PRESENTENCE INVESTIGATION REPORT AND PLAINTIFF'S STATEMENT |
| OSMAR LORENZO-GENCHI, | |
| Defendant. | |

COMES NOW Plaintiff, United States of America, by and through the undersigned

Assistant United States Attorney, and hereby states it has no objections, additions, or changes to

be made to the Revised Presentence Investigation Report completed in connection with this case.

Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those

issues raised by Defendant.  Plaintiff hereby adopts the information and materials contained

within the Revised Presentence Investigation Report.

Dated this 6th day of February 2026.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

s/Kimberly C. Bunjer

By:  KIMBERLY C. BUNJER #20962
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
kim.bunjer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.

Travis Wilcoxen
U.S. Probation and Pretrial Services Officer

s/Kimberly C. Bunjer
KIMBERLY C. BUNJER
Assistant United States Attorney

2