IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR153 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR VARIANCE** |
| v. | ) | **AND ADOPTION OF RPSR** |
| | ) | |
| OSMAR LORENZO-GENCHI, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Osmar Lorenzo-Genchi, by and through the undersigned, hereby moves the Court for a variance pursuant to 18 U.S.C. § 3553(a). He requests the Court sentence him below the Advisory Sentencing Guideline range to time served, along with a supervised term to be determined by this Court or a term of probation. In furtherance of this motion, Lorenzo-Genchi separately files his supporting brief.

Lorenzo-Genchi anticipates offering the Revised Presentence Investigation Report (which he now adopts without objection) in support of his variance motion. The time presently set for sentencing should suffice regarding consideration of this motion.

OSMAR LORENZO-GENCHI, Defendant

By:   s/ Michael J. Hansen
**MICHAEL J. HANSEN**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
e-mail: mike_hansen@fd.org